IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| PHILLIP DAVID HASKETT | § | |
| v. | § | CIVIL ACTION NO. 9:12CV27 |
| EXPERIAN INFORMATION SOLUTIONS, INC. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #36) recommends that the Unopposed Motion to Dismiss (document #35) be granted and that the above-styled lawsuit be dismissed with prejudice pursuant to Fed.R.Civ.P. 41. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Unopposed Motion to Dismiss (document #35) is **GRANTED**. The above-styled lawsuit is **DISMISSED** with prejudice pursuant to Fed.R.Civ.P. 41. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** on January __6__, 2013.

_____
Ron Clark
United States District Judge